UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS DISANTIS ) | CIVIL ACTION |
|     Plaintiff ) | |
| ) | COMPLAINT |
| v. ) | |
| ) | |
| ) | JURY TRIAL CLAIMED |
| SOLOMON AND SOLOMON P.C. ) | |
|     Defendant ) | |
| ) | JULY 28, 2011 |

## COMPLAINT

### I. INTRODUCTION

1. This is a suit brought by a consumer against a collection agency for violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.* and includes pendant State claims for violation of the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a *et seq.* and for intentional infliction of emotional distress.

### II. PARTIES

2. Plaintiff, Thomas DiSantis, is a natural person residing in Wolcott, Connecticut.

3. Defendant Solomon and Solomon, P.C. ("Solomon") is a New York company licensed by the Connecticut Department of Banking as a Consumer Collection Agency.

### III. JURISDICTION

4. Jurisdiction in this Court is proper pursuant to 15 U.S.C. § 1692k(d) and 28 U.S.C. §§ 1331 and 1337; supplemental jurisdiction is proper pursuant to 28 U.S.C § 1367.

5. This Court has jurisdiction over Solomon because it engages in business activities within Connecticut.

6. Venue in this Court is proper, as the Plaintiff is a resident of Connecticut and the acts complained of occurred in this state.

### IV. FACTUAL ALLEGATIONS

7. On or around January 18, 2011, Plaintiff received a call at his home from a Solomon representative who identified herself as Henny who was attempting to collect a debt claimed against Plaintiff (the "Account").

8. Plaintiff informed Henny that he was unable to pay the Account, to which Henny responded that the Account and collection would follow Plaintiff for over 10 years.

9. On or around February 14, 2011, a message was left on Plaintiff's home answering machine from Solomon which directed the listener to press #1 for the law firm collecting information for a past due account.

10. Plaintiff's mother, who shares Plaintiff's home, heard the message.

11. As a result, Plaintiff suffered humiliation and embarrassment because he did not want his mother to know about his financial problems with the Account.

12. Solomon violated the FDCPA in the following respects:

    a. Solomon violated 15 U.S.C. §§ 1692d and 1692e(2) by stating that the debt would follow Plaintiff for over ten years.

    b. Solomon violated 15 U.S.C. § 1692d by leaving messages on Plaintiff's home answering machine that referenced the Account and its past-due status.

13. Solomon, knew, or reasonably should have known, that its conduct would likely cause emotional distress to Plaintiff.

14. Solomon's conduct did cause Plaintiff to suffer emotional distress, embarrassment, shame, stress and anxiety.

15. Solomon's actions were willful, wanton and malicious, in that they intended to cause Plaintiff distress to induce Plaintiff to pay the debt, in hopes that Plaintiff would pay in order to relieve the stress.

16. Solomon has engaged in unfair and deceptive trade practices, as described above, in violation of the Connecticut Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a *et seq.*

17. Plaintiff has suffered an ascertainable loss on account of Solomon's illegal debt collection activities, in that he incurred transportation expenses to meet with his attorneys in the interest of making sure that Palisades's illegal and deceptive conduct did not continue.

18. Solomon violated CUTPA and is liable to Plaintiff for his monetary damages, punitive damages, and attorney's fees and costs pursuant to Conn. Gen. Stat. § 42-110g.

WHEREFORE, Plaintiff prays for the following relief:

Monetary damages related to Plaintiff's emotional distress; Actual damages, statutory damages, and attorney's fees and costs pursuant to 15 U.S.C. § 1692k, actual damages, punitive damages, and attorney's fees pursuant to Conn. Gen. Stat. § 42-110g, and such other relief as this Court deems appropriate.

**PLAINTIFF, THOMAS DISANTIS**

By: /s/Daniel S. Blinn
    Daniel S. Blinn, Fed Bar No. ct02188
    dblinn@consumerlawgroup.com
    Consumer Law Group, LLC
    35 Cold Spring Rd., Suite 512
    Rocky Hill, CT  06067
    Tel. (860) 571-0408; Fax (860) 571-7457